

**FILED**

May 31, 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**IN RE: NATIONAL PRESCRIPTION OPIATE
LITIGATION**

MDL No. 2804

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO −32)**

On December 5, 2017, the Panel transferred 62 civil action(s) to the United States District Court for the Northern District of Ohio for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 290 F.Supp.3d 1375 (J.P.M.L. 2017). Since that time, 626 additional action(s) have been transferred to the Northern District of Ohio. With the consent of that court, all such actions have been assigned to the Honorable Dan A. Polster.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Ohio and assigned to Judge Polster.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Northern District of Ohio for the reasons stated in the order of December 5, 2017, and, with the consent of that court, assigned to the Honorable Dan A. Polster.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Ohio. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

May 29, 2018

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

## SCHEDULE CTO−32 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| **ARIZONA** | | | |
| AZ | 2 | 18−01439 | Arizona Counties Insurance Pool v. Purdue Pharma LP et al |
| **CALIFORNIA EASTERN** | | | |
| CAE | 1 | 18−00631 | County of Merced, et al v. Amerisourcebergen Drug Corporation et al |
| CAE | 2 | 18−01139 | County of Glenn v. Amerisourcebergen Drug Corporation et al |
| CAE | 2 | 18−01140 | County of Sutter v. Amerisourcebergen Drug Corporation et al |
| CAE | 2 | 18−01141 | County of Modoc v. Amerisourcebergen Drug Corporation et al |
| CAE | 2 | 18−01143 | County of Placer v. Amerisourcebergen Drug Corporation et al |
| CAE | 2 | 18−01145 | County of Yuba v. Amerisourcebergen Drug Corporation et al |
| CAE | 2 | 18−01146 | County of Plumas v. Amerisourcebergen Drug Corporation et al |
| CAE | 2 | 18−01147 | County of Trinity v. Amerisourcebergen Drug Corporation et al |
| CAE | 2 | 18−01148 | County of Shasta v. Amerisourcebergen Drug Corporation et al |
| **LOUISIANA EASTERN** | | | |
| LAE | 2 | 18−04789 | Covington City v. Purdue Pharma LP, et al |
| **MARYLAND** | | | |
| MD | 1 | 18−01349 | Hunt v. Purdue Pharma L.P. et al |
| **NEBRASKA** | | | |
| NE | 8 | 18−00203 | Winnebago Tribe of Nebraska et al v. McKesson Corporation et al |

NEW JERSEY

| NJ | 2 | 18−09029 | ~~COUNTY OF HUDSON v. PURDUE PHARMA L.P. et al~~ Opposed 5/24/18 |

OREGON

| OR | 3 | 18−00817 | City of Portland, Oregon v. Amerisourcebergen Drug Corporation et al |

WYOMING

| WY | 1 | 18−00074 | Carbon County Wyoming v. Purdue Pharma LP et al |